IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRANDON FORD, ID # 1539859, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:10-CV-0390-L-BH |
| ) | |
| ELLIS REGISTER, ) | |
| Defendant. ) | |

## RECOMMENDATION REGARDING REQUEST TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court is *Motion Requesting Permission to Appeal In Forma Pauperis*, received June 7, 2011 (doc. 57), and Plaintiff's *Application to Proceed In Forma Pauperis* on appeal, along with his Certificate of Inmate Trust Account, received June 28, 2011 (doc. 60).

(**X**)  The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith.

**If the Court denies the request to proceed *in forma pauperis* on appeal, Plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  *See* Fed. R. App. P. 24(a)(5).**

**SIGNED** this 30th day of June, 2011.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE