IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRANDON FORD, ID # 1539859**, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. **3:10-CV-0390-L** |
| **ELLIS REGISTER**, | § § § | |
| Defendant. | § § | |

## ORDER

Before the court are Plaintiff's Motion Requesting Permission to Appeal *In Forma Pauperis*, filed June 7, 2011; and Plaintiff's Application to Proceed *In Forma Pauperis* on appeal, along with Plaintiff's Certificate of Inmate Trust Account, filed June 28, 2011. Also, before the court is the Recommendation Regarding Request to Proceed *In Forma Pauperis* on Appeal of the United States Magistrate Judge, filed June 30, 2011. Plaintiff did not file any objections.

Having reviewed the pleadings, file, and record in this case, and the recommendation of the magistrate judge, the court determines that the finding is correct, and it is therefore **accepted** by the court. The court hereby **certifies**, pursuant to 28 U.S.C. § 1915(a)(3), that the appeal is not taken in good faith. Accordingly, the court **denies** Plaintiff's Motion Requesting Permission to Appeal *In Forma Pauperis* and **denies** Plaintiff's Application to Proceed *In Forma Pauperis* on appeal.

**It is so ordered** this 4th day of October, 2011.

                                             _____
                                             Sam A. Lindsay
                                             United States District Judge

Order – Solo Page